**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Omnicare, Inc., Plaintiff  -v-  Walgreens Health Initiatives, Inc., United Healthcare Services, Inc. and Comprehensive Health Management, Inc.  Defendants | FILED: JULY 9, 2008  08CV3901  JUDGE KENNELLY  MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Comprehensive Health Management, Inc.                                    PH

| NAME (Type or print) |
|---|
| Edwin E. Brooks |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Edwin E. Brooks |
| FIRM |
| McGuireWoods, LLP |
| STREET ADDRESS |
| 77 West Wacker Drive, Suite 4100 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6193734 | 312-849-8100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐