## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| OMNICARE, INC., | ) |
| | ) |
| Plaintiff, | ) Case No. 08-C-3901 |
| | ) |
| v. | ) Hon. Matthew F. Kennelly |
| | ) |
| WALGREENS HEALTH INITIATIVES, INC., UNITED HEALTHCARE SERVICES, INC., and COMPREHENSIVE HEALTH MANAGEMENT, INC., | ) Mag. Judge Geraldine Soat Brown ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF AGREED MOTION

**To:** *See Attached Certificate of Service*

**PLEASE TAKE NOTICE** that on Wednesday, July 16, 2008, at 9:30 a.m., we shall appear in Room 2103 of Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, before the Honorable Matthew F. Kennelly, or another judge sitting in his stead, and shall present a copy of the Defendants' *Agreed Motion for Enlargement of Time to Respond to the Amended Complaint*, a copy of which is attached hereto and served upon you.

Dated: July 11, 2008

Respectfully submitted,

*COMPREHENSIVE HEALTH MANAGEMENT, INC.*

/s/ Steven D. Hamilton
One of Its Attorneys

Edwin E. Brooks
Erin K. McAllister
Steven D. Hamilton
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
(t) 312-849-8100

*Attorneys for Comprehensive Health Management, Inc.*

## CERTIFICATE OF SERVICE

I, Steven D. Hamilton, an attorney, hereby certify that on July 11, 2008, I caused a copy of the foregoing *Notice of Agreed Motion* to be filed with the Court's electronic filing system. Parties may access this document through that system. Additionally, I hereby certify that I caused copy of the same to be served via electronic mail and First Class U.S. Mail, postage prepaid, at 77 West Wacker Drive, Suite 4100, Chicago, IL 60601, upon the following people:

Richard P. Campbell
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603

Harvey Kurzweil
Brian S. McGrath
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092

Kellye L. Fabian
FREEBORN & PETERS, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Richard C. Godfrey, P.C.
Scott W. Fowkes, P.C.
Charles W. Douglas, Jr.
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, Illinois 60601

Michael J. Prame
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5811

/s/ Steven D. Hamilton

\6406437.1