# United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | OMNICARE, INC., | Plantiff(s) |
|---|---|---|
| | VS. | |
| | WALGREENS HEALTH INITIATIVES, INC., et al | Defendant(s) |

| Case Number: 1:08-cv-03901 | Judge: Matthew F. Kennelly |
|---|---|

I, __Michael J. Prame__ hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of __Omnicare, Inc.__ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Please see attached | |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| 1:06-cv-04859 | U.S. Securities and Exchange Commission v. AA Capital Partners Inc, et. | 7/30/2007 |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

**Has the applicant designated local counsel?**   Yes  ●    No  ○

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or witherwise disciplined by any court? | Yes ○ | No ⊙ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ○ | No ⊙ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of nay court? | Yes ○ | No ⊙ |
| denied admission to the bar of any court? | Yes ○ | No ⊙ |
| held in contempt of court? | Yes ○ | No ⊙ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| Jul 22, 2008 | s/ Michael J. Prame |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name<br>Prame | First Name<br>Michael | Middle Name/Initial<br>J. |
|---|---|---|---|
| Applicant's Law Firm | Groom Law Group, Chartered | | |
| Applicant's Address | Street Address<br>1701 Pennsylvania Ave. | | Room/Suite Number<br>1200 |
| | City<br>Washington | State<br>DC | ZIP Code<br>20006 | Work Phone Number<br>(202) 861-6633 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

NOTE:  Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of the Court. The fee for admission to the General Bar is $100.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

## MICHAEL J. PRAME
## BAR ADMISSIONS

(a)     U.S. Court of Appeals

U.S. Court of Appeals for the Second Circuit – April 30, 2007
U.S. Court of Appeals for the Third Circuit – May 5, 2005
U.S. Court of Appeals for the Fifth Circuit - November 25, 1998
U.S. Court of Appeals for the Eighth Circuit – January 30, 2006
U.S. Court of Appeals for the Ninth Circuit – May 11, 2004
U.S. Court of Appeals for the District of Columbia Circuit  - February 15, 2001

(b)     U.S. District Courts

U.S. District Court for the Western District of New York - April 21, 1994
U.S. District Court for the Southern District of New York - June 9, 2000, Bar No. MP 4712
U.S. District Court for the Eastern District of New York - June 9, 2000, Bar No. MP 4712
U.S. District Court for the District of Maryland - October 21, 1996, Bar No. 012994
U.S. District Court for the District of the District of Columbia - November 4, 1996, Bar No. 451017

(c)     Highest Courts of the States

New York - February 14, 1994
Maryland - December 15, 1994
District of Columbia Court of Appeals - May 3, 1996, Bar Number 451017