IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OMNICARE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-cv-3901 |
| | ) | |
| WALGREENS HEALTH INITIATIVES, INC., | ) | Judge Matthew F. Kennelly |
| UNITED HEALTHCARE SERVICES, INC., | ) | Magistrate Judge Brown |
| and COMPREHENSIVE HEALTH | ) | |
| MANAGEMENT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO REMAND**

Now comes Plaintiff, Omnicare, Inc., by and through its counsel, Jenner & Block LLP, and pursuant to 28 U.S.C. § 1447, respectfully moves to remand this action to the Circuit Court of Cook County. As grounds therefore Omnicare states as follows:

**1.** Omnicare filed this breach of contract action against defendant Walgreens Health Initiative, Inc. in the Circuit Court of Cook County on May 29, 2007.

**2.** On December 6, 2007, Judge Burke entered an Order granting the motion of defendants United Healthcare Services, Inc. and Comprehensive Health Management, Inc. to intervene as defendants.

**3.** Defendants filed motions to dismiss which Judge Burke denied on May 8, 2008.

**4.** On July 9, 2008, defendant Comprehensive Health Management, Inc. filed a notice of removal to this court which appended consents to removal by defendants Walgreens Health Initiatives, Inc. and United Healthcare Services, Inc.

5.  As is fully set forth in the Memorandum appended hereto, and for the reasons discussed therein, defendants' removal is without basis in fact or law.

WHEREFORE, Plaintiff, Omnicare, Inc., respectfully requests that the case be remanded to the Circuit Court of Cook County, Illinois.

Date:  July 28, 2008

Respectfully submitted,

/s/ Richard P. Campbell
One of the Attorneys for Omnicare, Inc.

Lee A. Freeman
Richard P. Campbell
Jenner & Block LLP
330 North Wabash Avenue
Chicago, Illinois  60611-7603
Telephone:   312 222-9350
Facsimile:    312 527-0484
rcampbell@jenner.com

Harvey Kurzweil
John E. Schreiber
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone:  212-259-8000
Facsimile:   212-259-6333

*Counsel for Plaintiff Omnicare, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel for Omnicare, Inc. hereby certifies that on July 28, 2008, a true and correct copy of the foregoing **Plaintiff's Motion To Remand** was filed with the Court and served electronically by the Court's CM/ECF System to all registered users.

/s/ Richard P. Campbell
Richard P. Campbell
One of the Attorneys for Plaintiff Omnicare, Inc.