IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OMNICARE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-cv-3901 |
| | ) | |
| WALGREENS HEALTH INITIATIVES, INC., | ) | Judge Matthew F. Kennelly |
| UNITED HEALTHCARE SERVICES, INC., | ) | Magistrate Judge Brown |
| and COMPREHENSIVE HEALTH | ) | |
| MANAGEMENT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, July 31, 2008 at 9:30 a.m. we shall appear in Room 2103 of Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, before the Honorable Matthew F. Kennelly, or another judge sitting in his stead, and shall present a copy of the **Plaintiff's Motion to Remand** and **Plaintiff's Memorandum of Law In Support of Its Motion to Remand**.

Date: July 28, 2008

Respectfully submitted,

By: /s
L
R
A
J
3
C
T
F
r

**CERTIFICATE OF SERVICE**

The undersigned counsel for Omnicare, Inc. hereby certifies that on July 28, 2008, true and correct copies of **Plaintiff's Notice of Motion, Plaintiff's Motion to Remand** and **Plaintiff's Memorandum of Law In Support of Its Motion to Remand** were filed with the Court and served electronically by the Court's CM/ECF System to all registered users.

/s/ Richard P. Campbell
Richard P. Campbell
One of the Attorneys for Plaintiff Omnicare, Inc.