**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

OmniCare, Inc.
                                        Plaintiff,

v.                                                             Case No.: 1:08−cv−03901
                                                             Honorable Matthew F. Kennelly

Walgreens Health Initiatives, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly: Joint response to motion to remand is to be filed by 8/21/08; reply is to be filed by 9/4/08. Ruling set to 9/25/08 at 9:30 a.m. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.