# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3901 | **DATE** | 8/22/2008 |
| **CASE TITLE** | Omnicare vs. Walgreens Health Initiatives | | |

**DOCKET ENTRY TEXT**

The motions of Julia Zuckerman, Michael Prame, Lauren Cundick Petersen, and John Schreiber for leave to appear pro hac vice are granted [15,16, 24, 25].

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|